In the Matter of MICHAEL MADELONE, Petitioner, v. COUNTY COURT OF THE COUNTY OF SCHOHARIE et al., Respondents.— Application for an order of prohibition denied and cross motion to dismiss petition granted, without costs. (See *Matter of Rossi* v. *County Ct. of County of Schoharie*, 31 A D 2d 715 [decided herewith].) Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.